ORIGINAL

3:97-cr-245-P(02)

Honorable Judge Solis,

I was never given credit for the time I was detain in April of 1997 to November of 1998. Could you please advise me on what I should do in this matter. Thank you for your time.

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 2 3 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy**

Terina Brown
Terina Brown
30881-077
F.M.C. Carswell
P.O. Box 27137
Ft. Worth, TX
76127

3-06CV1423-P

Name Tenya Brown
Reg. No. 30881-077
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

**3-06CV1423-P**

FORT WORTH TX 761
18 JAN 2006 PM 2 T



Honorable Jorge Solis
1100 Commerce
Dallas, Texas
75224